1  Michael C. Ormsby
   United States Attorney
2  Eastern District of Washington
   Pamela J. Byerly
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 1 6 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )       INDICTMENT
                                   )
      vs.                          )       Vio: 8 U.S.C. § 1326
                                   )
ELISEO SANCHEZ-CONTRERAS,          )       Alien in the United States
                                   )       After Deportation
            Defendant.             )
                                   )       **CR-10-155-LRS**

The Grand Jury Charges:

On or about September 1, 2010, ELISEO SANCHEZ-CONTRERAS, a citizen and national of Mexico, who had theretofore on or about February 21, 2009, been denied admission, excluded, deported and removed from the United States, was found in the United States in Chelan County, in the Eastern District of Washington, and he then did not have the express consent of the Attorney General, or his successor, the Secretary of the Department of Homeland Security (Title 6,

INDICTMENT - 1

P01102JJ.PBD.wpd

United States Code, Sections 101, 202(3) & (4), 402 and 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

DATED this 16th day of November, 2010.

A TRUE BILL

*Thomas O Rice, FAUSA*

Michael C. Ormsby
United States Attorney

*Pamela J. Byerly*

Pamela J. Byerly
Assistant United States Attorney

INDICTMENT - 2

P01102JJ.PBD.wpd