# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>vs.<br><br>ELISEO SANCHEZ-CONTRERAS,<br><br>                                  Defendant. | Case No. CR-10-00155-LRS-1<br><br>**CRIMINAL MINUTES**<br><br>DATE: 8/31/11<br><br>LOCATION: SPOKANE<br><br>CHANGE OF PLEA HEARING |

| Judge LONNY R. SUKO | | | |
|---|---|---|---|
| Laura McClure | Fred Karau | Bea Rump | Ronelle Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Pamela J. Byerly | | Amy H. Rubin | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |
| **Probation Officer:** Shawn Kennicutt | | | |

[X] Open Court          [ ] Chambers          [ ] Telecon

Defendant **present** in custody of US Marshal

Oath administered to Defendant for change of plea, without a written plea agreement.

Court advises Defendant of Constitutional Rights given up by plea of guilty
Government presents elements and basis for plea.

Court finds: Defendant is competent, plea is knowing, voluntary, intelligent, know what maximum penalties are, know what rights are, factual basis for plea, Court accepts plea and orders pre-sentence report.

Order Accepting Guilty Plea to Count 1 of the Indictment signed and filed;
Pre-Sentence Report ordered.
Order Re Sentencing Schedule signed and filed.

All pending motions denied as moot

**Sentencing Hearing set: 12/20/11 @ 3:30 pm S/LRS**

**[X] ORDER FORTHCOMING**

| CONVENED: 10:08 AM | ADJOURNED: 10:23 AM | TIME: 15 MINUTES | CALENDARED [ ] |
|---|---|---|---|