Case 2:10-cr-00155-LRS   Document 29   Filed 01/10/12

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 10 2012

JAMES R. LARSEN, CLERK
                      DEPUTY
SPOKANE, WASHINGTON

CR-10-00155-LR

Dear Judge

Good day your honor, first and for most I would like to say hello, and give you my respect. I apologize for the bad moments and problems, I have caused you. I ask you please, that you would give me my freedom. So I could take care of my two boys. That are in mexico. They are waiting for me, so I could be able to help them in what they need. I would like to live my life by there side. I have a proposition for me and my children, to stay most definitely in Mexico, to work at a small property, that my Grandma gave me, before she past away. I will work the land growing vegstables, or other crops. That way I could be able to maintain my children, and be able to pull forward with honest work. I'm going to be sad not returning to the United States, where I grew up, and lived the majority of my life, as well as my children. I do not know when I would be able to see them again. I think its better to be free, so that I could help my family, rather than being incarcerated, where I could do nothing for them. I will not come back, I will respect the laws, and not go against what I have been told. Thats why I have decided that when I am free, I will stay in Mexico, and if one day I decide to return, it will be legaly with promission. For the moment my decision is to stay in Mexico, and spend all the time I have wasted without my children with them. I do not want my children to suffer or grow without there father, the way I grew with out my parents. It is to sad and hurtful that children grow without

there parents. Thats why I ask that you please give me my freedom, or that you do not give me alot of time. Please, understand that my life has not been easy, being abanded by my parents, when I was a child. That is all I ask for. Thank you for your attention, and once agian forgive me for my faults. Thank you very much your honor, for considering my sincere words, that come from the heart of a father. Let it be your will, and Gods will, for me to go home soon. So I could start a changed new life, without getting in trouble, and forever being with my chirldren, and not commit the same mistake. I ask you to forgive me once agian, and thank you. I hope you have a great day, and a happy holidays with your family. With great respect from a father.

Sincerly Eliseo Sanches. C